**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DANIEL CASAS, | ) | 2:13-cv-00175-JCM-CWH |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| C/O ALLRED, et al., | ) | |
| Defendants. | ) | |

In this prisoner civil rights action, defendants move for an enlargement of the temporary stay to permit the parties an opportunity to engage in the informal settlement discussions that the court directed should proceed during the stay. Defendants request until June 28, 2013, to complete these discussions.

Good cause appearing, the motion (ECF No. 6 ) is **granted.** The temporary stay is extended until June 28, 2013. The report by the Attorney General shall be filed no later than that date.

**IT IS SO ORDERED** June 13, 2013.

_____
UNITED STATES DISTRICT JUDGE