1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DANIEL CASAS,

              Plaintiff(s),

v.

C/O ALLRED, et al.,

              Defendant(s).

2:13-CV-175 JCM (CWH)

**ORDER**

Presently before the court is defendants Jake Allred's and Brian Williams' motion to dismiss. (Doc. # 11). *Pro se* plaintiff Daniel Casas has not filed a response.

At the time of filing, plaintiff was an inmate incarcerated at the Southern Desert Correctional Center ("SDCC"). Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 alleging defendant Allred struck him in the stomach, aggravating a prior stomach injury. As a result, plaintiff alleges he suffered stomach pain and bleeding from his colostomy site. Plaintiff alleges defendant Williams failed to properly train his officers, which caused him emotional distress.

It appears that plaintiff was discharged from SDCC on July 16, 2013. (*See* doc. ## 11-C, 11-C-1). To date, plaintiff has failed to file a notice of change of address. Plaintiff's obligation to notify the court and opposing parties of his address is mandatory pursuant to LSR 2-2, which provides:

> The plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice.

**James C. Mahan**
**U.S. District Judge**

1    Additionally, plaintiff has failed to file a response to the motion to dismiss, and the deadline to do

2    so has long expired.[1]   Under LR 7-2, plaintiff's failure to file an opposition itself consents to the

3    granting of defendants' motion.  *See* LR 7-2(d) ("The failure of an opposing party to file points and

4    authorities in response to any motion shall constitute a consent to the granting of the motion.")

5           Due to plaintiff's failure to comply with the local rules, the court finds it appropriate to

6    dismiss his case.

7           Accordingly,

8           IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to

9    dismiss (doc. # 11) be, and the same hereby is, GRANTED.   The clerk shall enter judgment

10   accordingly and close the case.

11          DATED November 22, 2013.

13   **UNITED STATES DISTRICT JUDGE**

---

[1]   The deadline to file a response was September 14, 2013, over two months ago.